UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-583 PAM/JJG

| | |
|---|---|
| JAMES R. ALBRECHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>)<br>Defendant. ) | **ORDER FOR REMAND** |

Pursuant to the Stipulation for Remand, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this case is remanded, pursuant to sentence 4 of 42 U.S.C. § 405(g), to the Commissioner of Social Security for further proceedings in accordance with the Stipulation of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2006

s/Paul A. Magnuson
PAUL A. MAGNUSON
UNITED STATES DISTRICT COURT JUDGE